FILED _____ ENTERED
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUL 19 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| TAMUFOR NCHUMULUH ST. MICHAEL | ) Case No. 19-2413 ADC |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 19, 2019** in the county of _____ in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 922(a)(1) | engaging in the business of importing, manufacturing, or dealing in firearms without a license |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jennifer Marks, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **19 July 2019**

_____
*Judge's signature*

City and state: **Baltimore, Maryland**

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*