IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | Case No. 19-2413 ADC |
|---|---|
| v. | |
| TAMUFOR NCHUMULUH ST. MICHAEL | UNDER SEAL |

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 19 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the government's proffer of the reasons for sealing as presented therein, and it is this 19th day of July 2019, ORDERED that the criminal complaint, affidavit, and related documents submitted in support of the criminal complaint, and the motion to seal, shall be SEALED until the arrest of the defendant.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
A. David Copperthite
United States Magistrate Judge

1