UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | Case No. 19-2413 ADC |
| TAMUFOR ST. MICHAEL | * | |

## ENTRY OF APPEARANCE

Please enter the appearance of Robert C. Bonsib, Esq. as retained counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Robert C. Bonsib*

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Trial Bar # 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was sent, via ECF, this 22nd day of July, 2019 to Office of the United States Attorney, 6500 Cherrywood Lane, Greenbelt, MD 20770.

*/s/ Robert C. Bonsib*

ROBERT C. BONSIB