# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TAMUFOR ST. MICHAEL**<br><br>**Defendant** | Case No. 19-2413 ADC<br><br>**UNDER SEAL** |

## MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America, by its undersigned counsel, moves this Honorable Court to order and direct that the Criminal Complaint in the above captioned matter be **UNSEALED**, following the arrest of the defendant.

Respectfully Submitted,

Robert K. Hur
United States Attorney

By: _____
James T. Wallner
Assistant United States Attorney

## ORDER

Having read and considered the Government's Motion to Unseal Criminal Complaint, and for the reasons stated therein, it is this 22nd day of July 2019, **ORDERED** that Criminal Complaint in the above captioned matter be **UNSEALED**.

_____
J. Mark Coulson
United States Magistrate Judge