IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS TRS OPS
BALTIMORE MD
2019 JUL 22* P 3: 21

UNITED STATES OF AMERICA

vs.  Case No. 19-2413ADC

TAMUFOR NCHUMULUH ST. MICHAEL

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _Thurs., Jul. 25, 2019_ (date) at _3:30 pm_ (time) before _J. Mark Coulson_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

July 22, 2019
Date

J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention