AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| TAMUFOR NCHUMULUH ST. MICHAEL | ) Case No. 19-2413 ADC |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/25/2019

_Defendant's signature_

_Signature of defendant's attorney_

Robert C. Bonsib
_Printed name and bar number of defendant's attorney_

6411 Ivy Lane, Suite 116
Greenbelt, MD
_Address of defendant's attorney_

robertbonsib@marcusbonsib.com
_E-mail address of defendant's attorney_

301-441-3000
_Telephone number of defendant's attorney_

301 441-3003
_FAX number of defendant's attorney_

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 25 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY